# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARRION LEE CREW, JR., <br><br> Petitioner, <br><br> v. <br><br> W.L. MONTGOMERY, Warden, <br><br> Respondent. | Case No. EDCV 13-1886-FMO (JEM) <br><br> **J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: September 27, 2016

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE